**In re Christopher HARDY and Richard Kromer.**

No. 03–1485.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 28, 2003.

*ORDER*

Upon consideration of the parties' joint motion to remand the case to the United States Patent and Trademark Office for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**ITRON, INC., Plaintiff–Appellant,**

v.

**Ralph BENGHIAT, Defendant–Cross Appellant.**

Nos. 03–1629, 03–1652.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 29, 2003.

*ORDER*

Upon consideration of the parties' joint stipulation of dismissal with prejudice,

IT IS ORDERED THAT:

The motion is granted.*

---

* We note that parties request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.